Diana M. CAMPITELLI, Plaintiff–Appellant,

v.

Thomas L. OSBORNE; Marjorie D. Nesbitt, Administrator, Human Resources; E. Kennedy, President, Kennedy Personnel Services; Stephen Kennedy; Gisele M. Mathews, Assistant Attorney General, MDOT, Defendants–Appellees,

and

Parris N. Glendening, Governor, Defendant.

No. 01–1486.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 25, 2001.

Diana M. Campitelli, pro se. John Charles Bell, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Diana M. Campitelli appeals the district court's order declining to issue a temporary restraining order. We dismiss the appeal for lack of jurisdiction because the

order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S .C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We deny leave to proceed in forma pauperis and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*